NOT FOR PUBLICATION                                                                                         **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GISELE R. BRETAN, : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, : | |
| : | **ORDER** |
| v. : | |
| : | Civil Action No. 06-CV-1456 (DMC) |
| KNOWLEDGE LEARNING : | |
| CORPORATION, : | |
| : | |
| Defendant. | |

      This matter coming before the Court on the Report and Recommendation of United States Magistrate Judge Mark Falk, filed on July 31, 2006; Judge Falk having recommended that this Court remand this case to the Superior Court of New Jersey, Middlesex County; Judge Falk having issued his Report and Recommendation after hearing oral argument on July 31, 2006, regarding Gisele Bretan's ("Plaintiff") motion to amend the Complaint and remand this action to state court; the Court having examined the Report and for the reasons stated in the Court's Opinion issued on this day,

    IT IS on this 15th day of August 2006,

    **ORDERED** that Report and Recommendation of Judge Falk to remand this case to the Superior Court of New Jersey, Middlesex County is **adopted** and **affirmed**.

                                                       S/   Dennis M. Cavanaugh
                                                       Dennis M. Cavanaugh, U.S.D.J.

Date:      August 15, 2006
Original:   Clerk's Office
cc:        All Counsel of Record
           The Honorable Mark Falk, U.S.M.J.